**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §1983**

Name Hernandez   Morales   Elio S.
       (Last)        (First)      (Initial)

Prisoner Number 72347-008

Institutional Address Medical Center. P.O Box 4000
Springfiel miss. 65801

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Uninated States Ameri
(Enter the full name of plaintiff in this action.)

vs.

Elio S. Hernandez Morales
(Enter the full name of the defendant(s) in this action)

CV 08 1999

Case No. Cv. 4460 SL
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

(PR)

E-filing

[All questions on this complaint form must be answered in order for your action to proceed..]

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  Springfied missuri

   B.  Is there a grievance procedure in this institution?

      YES ( )    NO (X)

   C.  Did you present the facts in your complaint for review through the grievance procedure?

      YES ( )    NO (✓)

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal __12. Swartz. Laurencelle.
371 mich. 153. 123. N.W 2d 244. 163__

2. First formal level __13. Hugher V fairfield Lum
ber V suply Co. 143 Comn. 427, 123.
A 2d 195, (1956.) As to Joint Tenancy see
AM JU 2d. Contenancy and Tonnt ownership__

3. Second formal level __14. Coit V sistore 85 Conn. 573 84.
A 114 (1912).__

4. Third formal level __15. Spertone V woods 38
Del. 378, 192 A 689 (1937.) 21. Niehu
us V C.B Barker Const. Co. 135 Tenn 382 186 Sw 460, (1916)__

E.  Is the last level to which you appealed the highest level of appeal available to you?

   YES (✓)   NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. __19. Atwood V Dumas 144. mass. 167,
21 N.E 236 (1889).__

II. Parties.

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.
__Elias. Hernandez. m. P.o Boy 4000 Medical Center
Federal. Prisioners. Springfiel miss. 65801__

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.
__Elias Hernandez. m.           N/A__

COMPLAINT                              -2-

1  22 Hronow V Gold 274 Mass. 65. 174.
2  N.E 202, 74. A.L.R. 910 (1931)
3
4
5  III.    Statement of Claim.
6         State here as briefly as possible the facts of your case.  Be sure to describe how each
7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or
8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  50. Wackerbarth V Weisman, 207 Minn.
11  507, 292 N.W. 214 (1940.
12
13  51. 340, 341.
14
15  52. 91 et seq.
16
17  Generally as to the Attachment
18  or Garnishment of equitable interests
19  See. 187 et seq.
20
21
22
23  IV.    Relief.
24         Your complaint cannot go forward unless you request specific relief.  State briefly exactly
25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
26  Mapleton Bank V Standrod 8 Idaho 740.
27  71 P. 119 (1902); Everitt V. Farmers V Merchants.
28  Bank of Elm Creek, 82 Neb. 191, 117, N.W

COMPLAINT                    - 3 -

1  117 N.W. 401 (1908), modified, 82 Neb 141,
2  118, N.W 864 (1908
3
4

5  I declare under penalty of perjury that the foregoing is true and correct.

6
7  Signed this ___3___ day of __APRIL__, 20_08_

8
9  _Elias Hernandez. M._
10                          (Plaintiff's signature)

COMPLAINT                    - 4 -

#72347-008

Elias Hernandez Morales.

Case: Cr 940052

I ask for the court in San Jose C.A if they can send a letter to Washington for the case of the money of the plan, or help of the Public Attorney for the case of Del Rio, TX I don't have money.

This letter is to commicate or ask what happen with my papers of INS I aplaid motion 2241-2255-2255 to the court of San Fransisco, CA and ask for help to the consel. I reed help for money or welfere plan Choise. 7000 Dollars.

Aliens Immigration

Member of National Armed Forces. museum Advisory Board 20.80.

Alien. employment of 20,46a.

Discharge of duties as librarian and of keeper of the museum.

Joseph H. Hirshhorn Museum and Sculture garden trustee 20.

Franking Privilege. See franking. Generally Privilege.

International. Air transportation See international. Air. Transportation.

Postal Service.
Air mail apropiate action to Issue reasonable rates 49 - 41904.
Harbors
Ports. and Harbors.
see Ports and HARHADORS.
milwaukee railroad Restructuring.
See milwaukee railroad restructuring
made In America lebels, froud. 49 50105
Medals. of Honor Act. (railroads and motor vehicles.) Transportation accidents acts of heroism 49 80504

Stomi Jukes.
See Stone Jukes.

Investigation 49 14301
  Juridisdiction
  Alaska exemption nd motor Carrier
  Transportation between other States
  and 49 13502 express corries, 49-13
  502 expres corries 49 13501 &
  freight forworders 49 13.931.
  Interal Pipelines. 49 49 15301 15302
  motor corries 49 13501, 15302.
  13505. Terminal areas, exemption
  of motor vehicle transpotation within
  49 13503.
  Territories and Insular Possesions
  49 10501 13501 13521 15301
  motor corries.
See motor corrier, Injunction 49-11702
Intervention 49 13302
Intrastate transpotation.
exemption from Juridiction 49 13504
13301.
See Interstate Pipelines.
Pooling and division of transportation or
  earnings. 49 14302.
Power and duties generally 49.726
Surname
  see names. States.
  Game Fish and game. See fish
  and game.

Religious land use conf
Proctection of religious land use 42
2000cc.
Subtantial burden.
42 2000cc.
Religius. no Medicaid. Healy care
Institutions.
Medical. Medicare. and Medicare
coverage.
42.1395x condition for coverage
of sercises. 42 1395:5.

Tenonts.
eligibility for Hdvisory Services
42. 4625. Remplacement housin
g. for. 42.4624

Blue. Stor mothers of America
Inc. 36. 30510.

Action. or Proceeding.
courti Records.
see courp records.
Education board of regents
Smithsonian Institution 20-46
grand Jury. IE 11508

Brigedges. see Bridges.

Recalitrant witness.

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Advisory Committee notes
1966 Adoption
156. Discussion
157. Procedures, 156. Staff; expenses.

Elias Hernandez. M.
#72347-008
Medical Center for Federal Prisioners
Springfield, Miss - 65801-4000
P.O Box 4000

112 United States
Courthouse 280 South
First Street San
Jose, CA 45113.