FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RMW

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Unites States Of America, Plaintiff,

vs.

Elias Hernandez, M., Defendant.

CASE NO. CV.9400. SZ

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Elias Hernandez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_ Net: _N/A_

Employer: Forms. Motion to discharge or dissolve writ attachment 6th Federal Procedure Forms. L Ed · Criditor's provisional Remedies 19:72.

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___I   working   in the Dept. recreation. Area___
5  ___                    or                    ___
6  ___            Aircraft                      ___
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                         Yes ___ No ✓
14      d.   Pensions, annuities, or                Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  ___a. Belinder Kapp 156 I.NC. + Hibrids y gowers___
22  ___Seed Ass'n 219 Neb. 296, 363 N.W. 2d 362 (1985 related___
23  ___reference 228 Neb 306 422 N.W 2d 542 (1988).___
    3.   Are you married?                           Yes ___ No ✓
24  Spouse's Full Name: ___Elios Hernandez M.___
25  Spouse's Place of Employment: ___N|A___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ ___0___          Net $ ___0___
28  4.   a.   List amount you contribute to your spouse's support: $ ___0___

1  b. List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).

5  Bros. 63 Okla. 261, 164 P. 663 (1917);
6  Black Hill Mercantile Co. v Bender 59, S.D 241
7  5. ~~228 P.W 883, 86 ALR. 585 (1931)~~ Do you own or are you buying a home? Yes ___ No _X_
8  Estimated Market Value: $ ____N/A____ Amount of Mortgage: $ ____∅____
9  6. Do you own an automobile?                    Yes ___ No _✓_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ ___∅___
12 Monthly Payment: $ ___∅___
13 7. Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____N/A_____
16 Present balance(s): $ ___∅___
17 Do you own any cash? Yes ___ No _✓_ Amount: $ ___∅___
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____

21 8. What are your monthly expenses?
22 Rent: $ ___∅___       Utilities: ___N/A___
23 Food: $ ___∅___       Clothing: ___N/A___
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____              $ _____             $ _____
27 _____              $ _____             $ _____
28 _____              $ _____             $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes _✓_  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  GH00SL. Send. Appeal. 2255 AND 2254
10  SAN Francisco AND SanJose CA

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  3-4-08                         Elias. Hernandez. M.
17     DATE                         SIGNATURE OF APPLICANT

1
2                                                          Case Number: Cr. 9 4005 L
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Elias. Hernandez M._ for the last six months
                                              [prisoner name]
14   _M.C. Sprigfield. Miss._ where (s)he is confined.
         [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __0__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $__0__.
18
19   Dated: 4/4/08                          _[signature]_ Mental Health Unit
                                            [Authorized officer of the institution]
20                                                                Counselor.
21
22
23
24
25
26
27
28

- 5 -

Page 1 of 1

4/4/2008

# InmateStatementCombined

## Inmate Statement

Inmate Reg #: [redacted]
Inmate Name: [redacted]
Report Date: [redacted]
Report Time: [redacted]

Current Institution: [redacted]
Housing Unit: [redacted]
Living Quarters: [redacted]

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 11/2/2007 3:51:04 AM | TX110207 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| SPG | 10/27/2007 6:16:00 AM | TX102707 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| SPG | 10/20/2007 5:42:51 AM | TX102007 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

Total Transactions: 3    Totals:    $0.00    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | N/A |

http://10.33.41.107/UMR/InmateStatementCombined.aspx