008-1999 rmw

7. Personal action District Court Properly granted summary Judment to US Postal Services on employes claims for violation of age discrimination in emploment act. 29 USCS. 633. and title VII of civil Rights Act of 1964. 42 USCS. 2000e.16. because employee did not meet his burden of proving tha Postal Servises failure to tranfer him to lower. Paying Position. resulted. in loss Prestige. or opportunities for Advancement. fremont. Potter. (2006. CA6. Tenn. 2000 fed. APPx 439, 99. BNA. Fed ca 246. In retired. federal. employeed. s title. VII action again his employer for. Inter! alia, discrimination age. although removing employee from commitee. Chairpersonship post was. not discriminatory adverse emploment action. on basis. of national origen. Per se. dispute. fact. remainned as to whether. employee. was remove, from. that Post. in relation. for engaging. in Protected. Equal. Employment. opportunity commision activity or other. Improper. motives. Chope v Johnson (2006 DC Dist Col) 453 F supp. 2d 63.

201 East water street
Charlottesville, Virginia 22902.

ASSISTANCE TO ACCELERATE Programs. To Prevent Weapons Of Mass Destruction Proliferation And Terrorism

2921. Statement of Policy
it shall be the Policy of the united states. Consisten with the 9/11 Comission's recommendations, to eliminate any obstacles to timely obligating and executing the full amount of any appropiated funds for tnetheat reduction and nonProliferation.

442. Coordination of E-911 Implementation
(a) unchanged
(b) Phase II E-911 Implementation grants - (1)(2) unchanged.
(4) Creteria. The Assistant Secretary and the administrator shall jointly Issued regulation within 180 HPLE '911' Act. of 2004 enacted Dec. 23. 2004. offer a public comment Period of not less than 60 days, Prescribing the for Selection for grants under this Section, and Shall Update.

9852. Advance funding
RESEARCH Guide.
Law Reviw Articles:
Pasachoff. Block grants. Early Childhood Education, and, the reauthorization of Head Start: from Positional Conflict to Interest Based Agreement. 111. Penn. L. Rev. 349 Fall 2006.

Delivery Delayed due to Incorrect or missing Name or register number.

E-Filing, ProSe

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:08-cv-01999-RMW
## Internal Use Only

Morales v. United States of America
Assigned to: Hon. Ronald M. Whyte
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/17/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Elias Hernandez Morales**     represented by   **Elias Hernandez Morales**
72347-008
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000
PRO SE

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2008 | 1 | COMPLAINT against United States of America; No Process; In forma pauperis pending. Filed by Elias Hernandez Morales. (dhm, COURT STAFF) (Filed on 4/17/2008) (Entered: 04/18/2008) |
| 04/17/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Elias Hernandez Morales. (dhm, COURT STAFF) (Filed on 4/17/2008) (Entered: 04/18/2008) |
| 04/17/2008 |  | CASE DESIGNATED for Electronic Filing. (dhm, COURT STAFF) (Filed on 4/17/2008) (Entered: 04/18/2008) |

## Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, __Elias Hernandez morales__      __72347-008__
   (Name of Plaintiff)                                          (Register Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

__3-5-2008__                                    __Elias Hernandez M__
(Date)                                          (Signature of Plaintiff)

Elias Hernandez. Morales
#722347-008

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SPRINGFIELD MO 65
13 MAY 2008 PM 3 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES