*E-FILED - 7/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-1999 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights action for failure to state a cognizable claim for relief. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/7/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.08\Hernandez999jud